**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Charles Eugene Griffin, II
Attorney at Law
P. O. Box 1817
St.Francisvill LA 70775

**REHEARING ACTION: May 25, 2011**

**Docket Number: 10   01093-CA**

**ROBERT J. NOLAN, II**
**VERSUS**
**15TH JUDICIAL DISTRICT ATTORNEY'SOFFICE**

**Appealed from Lafayette Parish Case No. C-20096949**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Billy Howard Ezell**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert J. Nolan, II** has this day been

   **DENIED.**
   Cooks, J., would grant rehearing.

cc: Michael Harson, Counsel for the Appellee